SEPTEMBER 8, 1981

No. 90, Orig. CALIFORNIA *v.* TEXAS ET AL. Stipulation to dismiss the State of Mississippi as a party defendant was filed under Rule 53.